UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  NAOMI S BRINER
Debtor(s)                                                              CASE NO.   18-91943-BHL-13

## TRUSTEE'S OBJECTION TO THE SECURED CLAIM OF WELLS FARGO BANK NA AND NOTICE OF RESPONSE DEADLINE

    Comes now the Chapter 13 Trustee, Joseph M. Black, Jr. ("Trustee"), objecting to the secured Proof of Claim filed by WELLS FARGO BANK NA on 02/19/2019 in the amount of $ pursuant to Fed.R.Bankr.P.3007(a).   In support of said objection, the Trustee states the following:

X    1. The Proof of Claim fails to include a copy of the signed Security Agreement as required by Federal Rule of Bankruptcy Procedure 3001(d).

    **PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** from the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P.90006(f)].   Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

    110 U.S. Courthouse, 121 W. Spring St., New Albany, IN   47150

    The responding party must ensure delivery of the response to the party filing the objection.   The Trustee will be filing a Motion for Hearing which will be set at a later date, and all parties will receive a notice of that hearing.

    WHEREFORE, the Trustee moves the Court for an order deeming the claim of WELLS FARGO BANK NA as general unsecured.

Dated: February 21, 2019.

     **/s/ Joseph M. Black, Jr**
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN   47274
Phone:  (812) 524-7211
Fax:     (812) 523-8838
Email:  jblacktrustee@trustee13.com

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

LLOYD KOEHLER    lloydkoehler@hotmail.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on  February 21, 2019, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

NAOMI S BRINER
1623 E TELEGRAPH HILL RD
MADISON, IN   47250-


WELLS FARGO BANK NA
PO BOX 14487
DES MOINES   IA   50309-